D'Alessandro *v.* Seagrove et al., Appellants.

Argued November 14, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

608 

*William B. Freilich,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellants.

*Joseph Lurie,* with him *Galfand, Berger, Senesky & Lurie,* for appellee.

---

OPINION PER CURIAM, January 9, 1970:

DISSENTING OPINION BY MR. CHIEF JUSTICE BELL:
I dissent.

The jury found the only fair and just verdict possible in this case. Plaintiff so clearly assumed the risk that it is incomprehensible for me to understand how any Court could or would reverse the jury's verdict for the defendant and grant a new trial.

I would reverse the Order of the lower Court, because it committed a clear abuse of discretion, and I would remand to the lower Court for entry of judgment on the verdict.